FRANK L. KENNY and Another, Appellants, v. THE DEPARTMENT OF HEALTH

OF THE CITY OF NEW YORK, Respondent.— Motion for leave to appeal to the Court of Appeals granted. Proceedings under the judgment stayed pending the appeal to the Court of Appeals for a period not to extend beyond June 1, 1922. Present — Blackmar, P. J., Rich, Kelly, Kelby and Young, JJ. Settle order before the presiding justice.